IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, et al., | : | Honorable Christopher C. Connor |
| | : | Honorable MJ Karoline Mehalchick |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:21-CV-1819 |
| | : | |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

DEFENDANTS' PARTIAL MOTION TO DISMISS THE COMPLAINT

The Defendants, by and through their attorney, Kim Adams, Assistant Counsel to the Department of Corrections, hereby move to partially dismiss the complaint pursuant to F.R.C.P. 12(b)(6), based upon an application of qualified immunity as to Plaintiff's claims under the Eighth and Fourteenth Amendments, as described in the attached brief.

WHEREFORE, the Defendants respectfully request that this Court grant their motion and dismiss Plaintiffs' claims under the Eighth and Fourteenth Amendments with prejudice.

                                        Respectfully submitted,

                                        Office of General Counsel

                                        /s/ Kim Adams  
                                        Kim Adams, Assistant Counsel  
                                        Attorney ID No.: 205848  
                                        Pennsylvania Department of Corrections  
                                        1920 Technology Parkway  
                                        Mechanicsburg, PA 17050  
                                        Phone No.: (717) 728-7763  
                                        Fax No.: (717) 728-0307  
                                        E-mail: kimbadams@pa.gov

Date: February 18, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, et al., | : | Honorable Christopher C. Connor |
| | : | Honorable MJ Karoline Mehalchick |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:21-CV-1819 |
| | : | |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was served upon upon George Lopez (CZ3198), Darien Houser (GC7509), Gerald Watkins (DD5212), Jose Uderra (CC3832), and Richard Poplawski (KB7354) at Smart Communications/PA DOC, SCI Phoenix, PO Box 33028, St. Petersburg, FL 33733.

                                                                                  /s/ Linda Fantom
Linda Fantom
Legal Office Administrator I
Pennsylvania Department of Corrections
Office of Chief Counsel
1920 Technology Parkway
Mechanicsburg, PA  17050
(717) 728-7763

Dated:  February 18, 2022

3