## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:21-CV-1819 |
| v. | (CONNER, J.) |
| JOHN E. WETZEL, et al., | (MEHALCHICK, M.J.) |
| Defendants. | |

AND NOW, this 15th day of March, 2022, upon consideration of Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss (Doc. 41), it is hereby ORDERED that the motion is **GRANTED**, and Plaintiffs shall have 60 days from the date of today's order, or until **May 13, 2022**, to file a response to Defendants' motion.

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**United States Magistrate Judge**