IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, et al., | : | Honorable Christopher C. Connor |
| | : | Honorable MJ Karoline Mehalchick |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:21-CV-1819 |
| | : | |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

<u>DEFENDANTS' BRIEF IN OPPOSITION TO PLAINTIFFS' JOINT MOTION TO STAY CONSIDERATION OF DEFENDANTS' OBJECTIONS PENDING APPOINTMENT OF COUNSEL</u>

<u>Procedural History</u>

Plaintiffs, individuals presently sentenced to death and incarcerated by the Commonwealth of Pennsylvania, Department of Corrections at the State Correctional Institution at Phoenix ("SCI-Phoenix") filed a complaint pursuant to 42 U.S.C. § 1983 on October 26, 2021. <u>See</u> Doc. 1. Named as Defendants are former-Secretaries of Corrections John Wetzel, Jeffery Beard, Martin Horn and the Pennsylvania Department of Corrections. <u>Id</u>. Plaintiffs are seeking nominal, compensatory, and punitive damages. <u>Id.</u>

On February 15, 2022, the undersigned counsel entered her appearance[1] on behalf of Defendants. <u>See</u> Doc. 31. On February 18, 2022, Defendants filed a motion to dismiss the complaint with supporting brief. <u>See</u> Docs. 32, 33, 40. On February 24, 2022, Defendants filed a motion to stay discovery with supporting

---

[1] Service was previously waived on behalf of Defendants on January 20, 2022. <u>See</u> Doc. 30.

1

brief, which was granted on March 11, 2022. See Docs. 35, 36. Plaintiff opposed Defendants' motion on April 20, 2022. See Doc. 46. On August 3, 2022, a report and recommendation was issued recommending that Defendants' motion to dismiss be denied. See Doc. 53. The Court also lifted its previous Order staying discovery and consolidated Spotz v. Wetzel, et al., No. 1:21-CV-01799 into this matter pursuant to Federal Rule of Civil Procedure 42(a). See Doc. 52.

On August 18, 2022, Defendants filed Objections to the Report and Recommendation. See. Doc. 58. On August 29, 2022, Plaintiffs filed a Joint Motion for Appointment of Counsel and Class Certification. See. Doc. 63[2]. On September 2, 2022, Plaintiffs filed a Joint Motion to Stay Consideration of Defendants' Objections Pending Appointment of Counsel with supporting brief. See. Doc. 64 and 65. Defendants also oppose Plaintiffs' request to stay the ruling on Defendant's Objections until the appointment of counsel.

---

[2] Defendants will be filing a Brief in Opposition to this Motion.

Statement of Question Presented

1. Should Plaintiffs' Joint Motion to Stay Consideration of Defendants' Objections Pending Appointment of Counsel be denied?

Suggested Answer: Yes

Argument

1. *Plaintiffs' Joint Motion to Stay Consideration of Defendants' Objections Pending Appointment of Counsel should be denied.*

On September 2, 2022, Plaintiffs filed a Joint Motion to Stay Consideration of Defendants' Objections Pending Appointment of Counsel with a brief in support. See. Doc. 64 and 65. This motion is requesting the Court to stay consideration of the Objections until Plaintiffs' request for appointment of counsel is reviewed. Id. Plaintiffs have filed a Joint Motion for Appointment of Counsel and Class Certification. See. Doc. 63.

Plaintiffs' have failed to raise any legal arguments as to why a ruling on Defendants Objections should be stayed. Instead, they are complaining that the docket in the Middle District is moving faster than the consolidated dockets in the Eastern District of Pennsylvania as well accusing Defendants of engaging in "bad faith and chicken" by proceeding with their case. See. Doc. 65.

It was Plaintiffs who chose to file this case in the Middle District and not the Eastern District with the majority of the cases. Defendants attempted to transfer the cases from the Eastern District to the Middle District, but such efforts were denied. See, Staton v. Wetzel, No. 21-5016. Defendants cannot be asked to stand

idly by and wait for the Eastern District to move on the consolidated cases while Plaintiffs' case is active.

It is undisputed that Plaintiffs have no constitutional right to counsel in a civil action. Assigning counsel at this juncture is premature. At this stage in the case, the District Judge will be reviewing Magisterial Judge Mehalchick's recommendations and Defendants Objections. Anything appointed counsel would file on Plaintiffs' behalf would just be restating their original arguments to the Motion to Dismiss, or restating Magisterial Judge Mehalchick's reasons for denying the Motion to Dismiss.

Plaintiffs' have amply demonstrated their ability to file motions, respond to motions, and file briefs in support or opposition to motions. See, Bracey v. Valencia, 2020 WL 1674104 (W.D.Pa. April 6, 2020). Plaintiffs' have even demonstrated knowledge of legal standards by pointing out in the Joint Motion for Appointment of Counsel and Class Certification, they "knew that, when a court considers class certification, there's a threshold inquiry into the *merits* of the action. Since we anticipated that the defendants would assert qualified immunity, we submitted our brief in opposition then waited for this Court's disposition. Otherwise, we thought this motion would have been premature." See. Doc. 63. Plaintiffs can surely file a response to Defendants Objections without the aid of counsel at this juncture.

Staying this matter to determine whether Plaintiffs' would benefit from appointment of counsel, at this stage, would unnecessarily delay the litigation.

4

After the resolution of Defendants' Objections – and the subsequent disposition of the motion to dismiss – this Court will be better able to assess whether appointed counsel could aid in the litigation of this case.

Conclusion

Defendants respectfully request that the Court deny Plaintiffs' Joint Motion to Stay Consideration of Defendants' Objections.

>Respectfully submitted,
>
>Office of General Counsel
>
>*Kim Adams*
>
>Kim Adams, Assistant Counsel
>Attorney ID No.: 205848
>Pennsylvania Department of Corrections
>1920 Technology Parkway
>Mechanicsburg, PA 17050
>Phone No.: (717) 728-7763
>Fax No.: (717) 728-0307
>E-mail: kimbadams@pa.gov

Date:  September 6, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, et al., | : | Honorable Christopher C. Connor |
| | : | Honorable MJ Karoline Mehalchick |
| Plaintiff | : | |
| | : | |
| v. | : | No. 3:21-CV-1819 |
| | : | |
| JOHN WETZEL, et al., | : | |
| | : | |
| Defendants | : | Filed Via Electronic Case Filing |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was served upon George Lopez (CZ3198), Darien Houser (GC7509), Gerald Watkins (DD5212), Jose Uderra (CC3832), Ralph Stokes (AY9034) and Richard Poplawski (KB7354) at Smart Communications/PA DOC, SCI Phoenix, PO Box 33028, St. Petersburg, FL 33733.

                                            /s/ Angela Basehore
                                            Angela Basehore
                                            Legal Assistant I

Date:  September 6, 2022