IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, | )( | |
| PLAINTIFFS, | )( | NO# 21-CV-1819 |
| | )( | |
| VS. | )( | |
| JOHN WETZEL., EL AL., | )( | |
| DEFENDANTS. | )( | |

FILED
SCRANTON
SEP 3 0 2022
PER _____
DEPUTY CLERK

### PLAINTIFFS' MOTION TO ADDRESS THE DEFENDANTS' MISREPRESENTATION OF FACTS

Now Comes, the Plaintiffs, pro se, Respectfully seek to clarify the defendants misrepresentation of the facts presented to the court by the Defendants and in support states as follows:

1. The Plaintiff files this matter to bring forth to the Courts attention the defendants attempt to misrepresent the claims and allegation in the plaintiffs last filing. The Plaintiff filings and pleading were submitted in good faith by the Plaintiffs. Plaintiffs are not lawyers and do not pretent to be lawyers, but even a lay person can see that the defendants are attempting to misrepresent their pleadings.

**_SAMPLE;_**

2. at page (4), defendants counsel speaks on the Plaintiffs' motion to Stay proceedings to delay the litigation, This is far from the truth. because if anyone is attempting to prolong the litigation is Defendants Counsel with their continauce pleading to stay discovery.

3. The defendants motion in opposition alleging that the Plaintiffs' are not entiled to attorenys, because the Plaintiff's Complaint is meritless. First and foremost, Plaintiffs complaint survived (a) screening; (b) defendants motion to dismiss the complaint on all claims raised by the Plaintiffs was denied.

4. The Plaintiff's asserts that in according with 28 U.S. § 1915(c), it allows for the United States District Judge to appoint counsel, only when its require and satisfy the

1

following requirements:

    (a) How complicated are the legal issues;
    (b) Does the case require investigations that Plaintiff are unable to conduct due to their incarcerations;
    (c) Would credibility (when or not a witness is telling the truth). Where a lawyer would better address the issues in a court room;
    (d) where a lawyer may be able to ascertan an expect testimony if necessary;
    (e) and can the Plaintiff afford to uptain counsel on their.

5. These are crucial questions for the Court to decide not defendants counsel. See page (3)(4)(5).

6. Second, there is well settle federal laws, that pro se litigant are not intitled to appointment, however in <u>Montgomery V. Pinchack,</u> 294 F.3d 492, 499 (3rd cir. 2002), the court found that appointment of counsel is warranted when the plaintiff can satisfy the rquirement stated above, see also, <u>Farmer V. Haas</u>, 990 f3d. 319, 322 (7th Cir. 1993), not as the defendants are atempting to do in their opposition motion.

7. At page (7), the defendants claim that the Plaintiff are solely seeking monetary damages. however, the dafendants are disregading the facts that the claims regarding the solitary islation that was unconstitutional, were already adjudicated in, **<u>Reid V. Wetzel's settlemant</u>**, the defendants are simply misdirecting the Courts attention away from those claims and facts before the Court.

8. At page (8), here, the defendant again are misrepresenting the claims raised, by claiming that the claims would be burdensome to the litigation and create disparitive between the various sets of damages case files. this whole page is filled with controdictions, lets let a Jury decide the damages of each Plaintiff, since the only different in the plaintiffs claims is the length of their mental and psychological torture of sollitary isolation.

9. The defendants counsel also raised and alleged that the issue that Plaintiff Lopez, wrote to various counsel and they would not take the case. . . This could not be further from the facts because:

(a) Writing letters seeking representation is call *due dilgence* not that counsel did not wish to take on the case, this is just another attempt to misdirect the Courts attention away from the facts before the Court.
(b) Is also recommended that pro se Plaintiff attempt to seek counsel before moving the Court for appointment of counsel.
(c) In according to the Rules of Court if the Plaintiffs cannot afford counsel, the court can exercise its distcretion and appoint counsel, not like the defendants counsel is alleging, just to misdirect the Courts attenton.

10. at page (9), the defendants goes a step further to misdirect the facts. Here the defendant's counsel alleges there is no price admission. Most significant, its clear that counsel simply wishful thinking. The Defendants are just seeking to move the Court to assist them to further handcuff and handicap the Plaintiff, by the constant motion to stay discovery , and for the Court not to appoint counsel, to continue to delay the litigation.

WHEREFORE: For all the reasons set forth above the Plaintiffs request the following relief: (a) Deny the defendants's motion to stay discovery for the second time;

(b) Plaintiff in good faith withrewed the Motion to stay and abeyance;

(c) For the Court to grant the Plaintiff's the motion for appointment of counsel, whether it is for the class action counsel or one counsel to represent the six Plaintiffs. to represent the; and any other relief the Court deen appropriate.

REPECTFULLY SUBMITTED

*/s/ George Ivan Lopez*

GEORGE IVAN LOPEZ, CZ-3198
PRO SE PLAINTIFF
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

DATE: 9/23/ 2022

3

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GEORGE IVAN LOPEZ, | )( | |
| PLAINTIFFS, | )( | NO# 21-CV-1819 |
| | )( | |
| VS. | )( | |
| JOHN WETZEL., EL AL., | )( | |
| DEFENDANTS. | )( | |

CERTIFICATE OF SERVICE

I, the undersigned hereby certifiy that a true and correct copy of the attached motion for clarification to the court, and served to the parties mentioned above, via first class mail, postage pre-paid postage.

**First Class Mail:**

DEFENDANTS COUNSEL

MRS. KIM ADAMS, ESQ.

1920 TECHONOLGY PARKWAY

MECHANICSBURG, PA. 17050

RESPECTFULLY SUBMITTED

*George Ivan Lopez*
GEORGE IVAN LOPEZ, CZ-32198
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

DATE: 9/23/2022

4

Smart Communications/PADOC

SCI- Phoenix

Name George Lopez

Number CZ-3198

P.O. Box 244

Collegeville PA. 19426

Legal Mail

RECEIVED
SCRANTON

SEP 30 2022

PER _____ DEPUTY CLERK

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

To: United States District Court
For The Middle District of Pennsylvania
William J. Nealon Federal Bldg. &
Courthouse
235 N. Washington Ave, Ste-311
Scranton, PA. 18503