FILED
HARRISBURG, PA

JAN 23 2023

PER ___JBL___
DEPUTY CLERK

IN THE
UNITED STAT1S DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Ivan Lopez, et al., | * | |
| Plaintiff, | * | Honorable Chistopher C. Conner |
| Vs. | * | Hon. M.J. Karoline Mehalechick |
| John Wetzel et al., | * | |
| Defendants.. | * | No. 3:21-cv-1819 |

## PLAINTIFFS' RESPOND TO DEFENDANTS OPPOSITION
## MOTION TO PLAINTIFFS'S MOTION TO COMPEL

Plaintiffs' Motion in respond to Defendants opposition motion to Plaintiff's Motion to compel discovery, and in support Plaintiffs' states as follows:

### RELEVANT PROCEDURAL HISTORY

On or about October 26, 2021, the Plaintiffs' filed their Civil Complaint pursuant to 42 U.S.A. §1983, for violations of their Eighth, Fourteenth and American with Disability act (ADA). Plaintiff raised the claims against current and prior secretary of correction (Martin Horn, Jeffrey A. Beard and John Wetzel), for violating the Plaintiffs' 8th, 14th and ADA Right.

On February 15, 2022, Plaintiff submitted a request for discovery, at which time on February 24, 2022, defendants filed a motion to stay discovery. On February 24, 2022, the defendants motion to stay discovery was granted. The

defendants filed a motion to dismiss complaint on February 18, 2022, and on March 8, 2022, Plaintiffs filed their opposition brief See Doc 32 and 33, See also Doc. 38

On or about August 3rd, 2022, Magistrate Judge Mehalechick issued a Report and recommendation (R&R). See Doc. 53. At which time the Honorable Mechalechick, lifted the stay on discovery Doc. 52. On August 15, 2022, the Plaintiffs requested discovery, See Doc. 54, 55, and 56. On August 17, 2022, the Defendants filed Objection to the R&R. On August 18, 2022, Defendants file another motion to stay discovery. On November 30, 2022, the Court Adopted the R&R. as to the Eighth and ADA Claims. On December 7, 2022, this Court denied the Defendants' motion to to stay discovery. On December 29, 2022, the Plaintiffs' file a Motion to compel discovery See, Doc. 101. On January 4, 2023, the Defendants filed an opposition motion to Plaintiffs' motion to compel discovery, this motion follows.

## STATEMENT OF FACTS

The Plaintiffs' raised the allegations that they suffer from Medical and Psychological issues due to decades of solitary isolations, under extremely harsh conditions, with cell light illumated 24-7, lack of social interaction, lack of

visitation, and lack of educational programs, See Complaint 17-209. Plaintiffs' endure inhumaned conditions for decades until the Settlemant of the class action in **Reid V. Wetzel.**

## UNETHICAL MALFESANCE BY DEFENDANTS COUNSEL

Plaintiffs' first direct this Honorable Court's attention to the Defendants' Fraudulent and misleading facts in their opposition motion, upon which is both intentional and fraudulent to mislead and deceived this courts of the true facts to continue to deprive the Plaintiffs' request for discovery material.

(a) Defendants' counsel introduced **Exhibit (A),** a 2017 Inmate handbook that has no relevance to the Plaintiffs' discovery claims in question. For example: They Provided a DOC-inmate handbook regarding accounting, collecting inmates Depts, identification cards, abuse allegations, and countless of other claims that have no relevance to Plaintiffs' request for discovery; Nor did they quote any entery and/or directed the court to a particulare passage, knowing that this so call policy DC-ADM 003, permits you to review the files in quetion but without a court order people incarcerated are not permitted copys of their medical and/or psychological files.

(b) At page (3) of defendants opposition motion, they Stated, that they

3

provided the Plaintiffs' sufficient response to their requested discovery motion and that the Motion was premature. Plaintiff's argue, that the motion for discovery is not premature when Plaintiffs' have survived the Defendants' motion to dismiss complaint. On August 3, 2022, the court consolidated Lopez Vs. Wetzel and Spotz V. Wetzel No. 1:21-cv-1799, for pre-trial discovery proceedings.

Plaintiffs' direct the Courts attention to the Defendants December 29th, 2022, letter maked **Exhibit (A).** The defendants respond stated: "The requested information is contained within your records that are maintaned by the Department. These records are available for inspection and copying, pursuant to Department Policy **DC-ADM 003** and Federal Rule of Civ, Procedure 34".

What the Defendants' counsel are not saying is that, it take **three to six months** to get on the list to review your medical and mental health files, then they provide (**One-Hour)** for prisoners to review their entire files. And after you review the files you are not permitted to ascertain copies of any and all medical and/or mental health files unless you are an attorney, and/or no-longer incarcerated, see the attached **DC-135(a)** State Request Slip, marked **Exhibit (B).**

**At Page (4),** In the defendants argument, counsel stated that Plaintiffs' failed to comply with Rule 37(a)(1), prior to filing this motion to compel. Fed. R. Civ.

P.37, namely Plaintiffs' motion does not include a certification that the movant in good faith conferred or attempt to confer with defendants in an effert to obtain the requested information before requesting court intervention. This is also false and devious because the Plaintiffs' have repeatedly wrote to counsel, and they have not had the professional courtesy to respond to the Plaintiffs letters. Also see the Defendants opposition motion when they themselves claims that Plaintiffs' have filed many letters requesting discovery.

Plaintiffs' argue that they have addressed the discovery issue formally and informally to defendants counsel in several occasions. The defendants own December 29th letter states such, where they acknowledge Receiving a letter from Plaintiff's, requesting any and all medical and mental health records, misconduct reports, grievances; and soap notes, Psychology/Psychiatric reports

The Counsel's action are unprofessional and intended to deceive the court with their fraudulent claims to deny Plaintiffs discovery. This is intentional malfeasance by Counsel, which is meant to deceive the court and to prolong the discovery proceedings. They are raising worthless claims and committing fraud to deny and delay the courts discovery proceedings. One false statement followed by another, perhaps the Plaintiff should just file a disciplinary complaint with the

disciplinary board for legal malfeasance and fraudulent conduct to intentionally deceive the court.

**WHEREFORE,** For the reasons set forth above, the Plaintiff respectfully request that this Honorable Court deny the Defendants opposition motion and Grant the Plaintiff's motion to compel discovery, for the Court to also issue a cautionary order to provent counsel from further making false statement to the Court.

RESPECTFULLY SUBMITTED

_____
GEORGE IVAN LOPEZ, CZ-3198
1200 MOKYCHIC DRIVE
COLLEGEVILLE, PA. 19426

Dated: 1/16/2023

IN THE
UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Ivan Lopez, et al., | * | |
| Plaintiff, | * | Honorable Chistopher C. Conner |
| Vs. | * | Hon. M.J. Karoline Mehalechick |
| John Wetzel et al., | * | |
| Defendants.. | * | No. 3:21-cv-1819 |

## CERTIFICATE OF SERVICE

I, the undersign, hereby certisfy, that on this 16th day of January, 2023, I have served a true and correct copy of the attached Plaintiffs' opposition motion to defendants motion in opposition to motion to compel discovery, service by pre-paid first class postage.

**First Class Postage:**

Defendant's Counsel
Kimberly Adam,
1920 Technology Parkeway
Collegeville, Pa. 19426

RESPECTFULLY SUBMITTED

George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426

Dated: 1/16/2023

IN THE
UNITED STAT1S DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| George Ivan Lopez, et al., | * | |
|     Plaintiff, | * | Honorable Chistopher C. Conner |
| Vs. | * | Hon. M.J. Karoline Mehalechick |
| John Wetzel et al., | * | |
|     Defendants.. | * | No. 3:21-cv-1819 |

## VERIFICATION STATEMENT

I, George Ivan Lopez, lead Plaintiff, hereby verify, that all matters mentioned refered to and depicted here in this opposition motion are true and correct to the best of my knowledge, information and belief and to those matter Affiant believe to be true pursuant to 18 Pa. C.S.A. §4904, relating to making false statements to authorities.

*[signature]*

George Ivan Lopez, Id#CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19420

DATED: 1/16/2023