UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE IVAN LOPEZ, et al., | |
| Plaintiffs, | CIVIL ACTION NO. 3:21-CV-01819 |
| v. | (CONNER, J.) |
| JOHN E. WETZEL, et al., | (MEHALCHICK, M.J.) |
| Defendants. | |

### ORDER

**AND NOW**, this 13th day of March, 2023, for the reasons set forth in the Memorandum Opinion concurrently filed herewith, **IT IS HEREBY ORDERED** that Lopez's motion for leave to file a supplemental new retaliation claim (Doc. 93) and motion to compel discovery (Doc. 101) are **DENIED**, and Plaintiffs' motion to stay discovery pending resolution of the motions for counsel (Doc. 120) is **GRANTED**.

BY THE COURT:

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**