UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GEORGE LOPEZ, et al., <br><br>  Plaintiffs, <br> v. <br> JOHN WETZEL, et al., <br><br>  Defendants. | CIVIL ACTION NO. 3:21-CV-1819 <br><br> (CONNER, J.) <br> (MEHALCHICK, M.J.) |
| MARK SPOTZ, <br><br>  Plaintiff <br> v. <br> JOHN E. WETZEL, et al., <br><br>  Defendants. | CIVIL ACTION NO. 1:21-CV-1799 <br><br> (CONNER, J.) <br> (MEHALHCICK, M.J.) |

### ORDER

**AND NOW**, this 24th day of April, 2023, upon consideration of the Corrections Defenants' motion to extend deadlines (Doc. 46) is **GRANTED**. The following deadlines are hereby extended:

1. **Discovery:** All discovery shall be compled by **October 17, 2023**;

2. **Dispositive Motion:** All dispositive motions, together with supporting briefs shall be filed by **December 16, 2023.**

                                                          **BY THE COURT:**

                                                          *s/ Karoline Mehalchick*
                                                          **KAROLINE MEHALCHICK**
                                                          **Chief United States Magistrate Judge**