FILED
HARRISBURG, PA

MAR 26 2024

PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez,<br>　　　　Plaintiff,<br>Vs.<br><br>John Wetzel, et al.,<br>　　　　Defendants. | Case No#. 3:21-cv-1819<br>Hon. Chistopher C. Conner<br>Hon. M.J. Martin Carlson |

### Plaintiff Lopez's Motion in Objection to Counsel's Opposition to The Granting of Re-newal of Appointment of Counsel Motion and Honorable Carlson's Report and Recommendation Pertaining to Appointment of Counsel

**Now Comes**, Plaintiff Lopez, through the assistence of a fellow inmates, files this Motion in opposition to counsels' January 4th, 2024 filings and the Honorable Carlson's report and recommendation peretaining to the denial of appointment of counsel motion, and in support states as follow:

1. First Plaintiff addresses Honorable M.J. Martin Carlson's finding, that Plaintiff Lopez, is caperble to litigate his own claim and could see, see *report and recommendation*.

2. Counsel for the defendants are opposing to plaintiff's re-newal of appointment of coumsel motion to further handicap this plaintiff from furthering his constitutional claims, which have survived screening and Defendants Motion to dismiss. There is no doubt that there is merit to Plaintiff Lopez's constitutional claims, that the defendants' mandatory (Solitary Confinement policy, enfoced for nearly three decades cause him mental and emotional damges Claims.

3. Plaintiff Lopez, has submitted to the Court two (2) sperate Declarations stating that he is currently Blind due to Glaucoma and Cataract. Plaintiff Has also attached Medical records, stating the same, *("Blind in his Left eye and 20/400 in his right eye")* these are not mere selt claims or allegations and/or self diagnisis made up by Plaintiff Lopez, these are supported material base Facts; i.e. Medical records. It is shamfull to even suggest that Plaintiff can see, because he surely cannot do so and requires from other prisoners.

4. Plaintiff Lopez, understand, that he is not entitled to appointment of counsel in a civil complaint, unless he can satisfy the factors required and Standards set forth in ***Tabron V. Grace*** 6 F.3d 147 (3rd Cir. 1993) and *Parham v. Johnson,* 126 f.3D 454-457 (3RD cIR. 1997). (1) The Plaintiff's Ability to present his or her own case; ("Here Plaintiff Lopez is legally Bind due to Both Glaucoma and Cataract"), (2) The difficulties of the particular legal issues; ("In this case the issues are highten due to the fact of Plaintiff's blindness") (3) The degree in which factual investigation will be necessary and the ability of the claiment pursue investigation; (" Here Plaintiff Lopez, cannot not see, can't read, cann't conduct investigation and depend on other inmates to assist him when they have the time to do so; (4) the plaintiff's capacity to retained counsel on his own behalf; ("here plaintiff Lopez, is indigentand has been incarcerated for nearly three decades and struggle day by day, nevertheless retain counsel on his own").
(5) the extent to which the case is likely to turn on credibility determinations, ("Again Plaintiff cannot defend himself due to his blindness"), and (6) whether the case will require testimony from expert witness. (" here in this case its obviously clear that expert testimony will be necessary amomg so many other Factors.

5. Plaintiff asserts that he satisfy all the factors and requirement for the appointment of counsel, even if its on a temporate bases, due to his inability to pursue his constitutional protected claims, and cannot further pursue the matter due to his current blindness. *"If this case is not one of those rare cases that clearly requires an appointment of counsel. Then Justice, Fairness and the Judicial*

*System itself has failed an obviously Blind Plaintiff.*

6. Plaintiff Lopez has recently submitted an ADA-Accommondation form, requesting to be appointmed an eye-seeing assistance to Plaintiff while moving aroud the prison, medical,etc. see attached exhibit.

Wherefore, for the reasons set forth above, Plaintiff Lopez, respectfully request that this Court take under consideration that Plaintiff Is currently Blind and is unable to further pursue his clear constitutional claims due to the unforseen circumstances of Galucoma and Cataract Blindness, and throws himself in the mecy of the court. Prayer for relief.

Respectfullu Submitted

_____
George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426
1/12/2024

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| George Ivan Lopez,<br>　　　　　Plaintiff,<br>Vs.<br><br>John Wetzel, et al.,<br>　　　　　Defendants. | Case No#. 3:21-cv-1819<br>Hon. Chistopher C. Conner<br>Hon. M.J. Martin Carlson |

## Certificate of Service

The Undersign has served a true and correct copy of the attached Opposition Motion to the Defendants Opposition to the re-newal of Plaintiff's Appointment of Counsel Motion, Via First class Pre-paid Postage.

**First Class:**

Counsel for Defendants
Kim Adams,
1920 Technology Parkway
Mechnicsburg, Pa. 17050

Respectfully Submitted

_____
George Ivan Lopez, CZ-3198
1200 Mokychic Drive
Collegeville, Pa. 19426
1/12/2023

SCI- Phoenix
Name George I. Lopez
Number CZ3197
PO Box 244
Collegeville, PA. 19426-0244
Case No# 3:21-cv-1819

PA DEPARTMENT OF CORRECTIONS
INMATE MAIL

01/16/2024
US POSTAGE $000.63
ZIP 19426
041M12252211

To: Middle District of Pennsylvania
228 Walnut Street
P.O. Box 983
Harrisburg, Pa. 17108

RECEIVED
HARRISBURG, PA
MAR 26 2024
PER_____ DEPUTY CLERK

"Legal Mail"